# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2618
LT Case No. 2000-CF-763-C

_____

FREDDIE LEE CANADY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Lake County.
Lawrence J. Semento, Judge.

Freddie Lee Canady, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


January 23, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____